IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01741-WYD-CBS

TESS PETERSON,

    Plaintiff,

v.

PRINCIPAL FINANCIAL GROUP;
TARGET CORPORATION;
TARGET CORPORATION BENEFITS TRUST II; and
STATE STREET BANK AND TRUST, TRUSTEE FOR THE TARGET CORPORATION BENEFITS TRUST II,

    Defendants.

**ORDER**

This matter is before me on a review of the file. My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendants in this case. For this reason, I believe that it would be inappropriate for me to preside over this case. Accordingly, I should recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated: August 29, 2007

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge