**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01741-LTB-CBS

TESS PETERSON,

       Plaintiff,

v.

PRINCIPAL FINANCIAL GROUP,
TARGET CORPORATION,
TARGET CORPORATION BENEFITS TRUST II, and
STATE STREET BANK AND TRUST, TRUSTEE FOR THE TARGET CORPORATION BENEFITS TRUST II,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


      Plaintiff's Motion to Amend Complaint (Doc 18 - filed October 22, 2007) is **GRANTED**. The tendered First Amended Complaint is accepted for filing.




Dated:  October 23, 2007
_____