# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-01741-LTB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: January 8, 2008** | **Courtroom Deputy:** Shelley Moore |

| | |
|---|---|
| TESS PETERSON, | Bruce J. Kaye |
| **Plaintiff,** | |
| v. | |
| PRINCIPAL FINANCIAL GROUP, et al., | Dirk W. de Roos |
| | Jennifer K. Harrison |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session 8:56 a.m.**

Court calls case. Appearances of counsel.

Mr. Kaye presents argument on Plaintiff Peterson's Motion to Conduct Limited Discovery (document 24).

**ORDERED:** Plaintiff Peterson's Motion to Conduct Limited Discovery (document 24) is **GRANTED IN PART and DENIED IN PART, as outlined on the record.** Defendants shall respond to interrogatory nos. 1, 5 and 6, and request for production of documents nos. 1, 4, 5 and 6.

HEARING CONCLUDED.

**Court in Recess 9:35 a.m.**
Total In-Court Time: 00:39