IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01741-LTB-CBS

TESS PETERSON,

    Plaintiff,

v.

PRINCIPAL FINANCIAL GROUP;
TARGET CORPORATION;
TARGET CORPORATION BENEFITS TRUST II; and
STATE STREET BANK AND TRUST, TRUSTEE FOR THE TARGET CORPORATION
BENEFITS TRUST II,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion for Protective Order (*doc. no. 35)* is **GRANTED**.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    April 1, 2008