**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01741-LTB-CBS

TESS PETERSON,

      Plaintiff,

v.

PRINCIPAL FINANCIAL GROUP,
TARGET CORPORATION,
TARGET CORPORATION BENEFITS TRUST II, and
STATE STREET BANK AND TRUST, TRUSTEE FOR THE TARGET CORPORATION BENEFITS TRUST II,

      Defendants.

---

## MINUTE ORDER
---
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendants' Unopposed Motion for Submission of Sur-Reply in Opposition to Plaintiff's Motion for Summary Judgment (Doc 60 - filed August 5, 2008) is **GRANTED**. The tendered Sur-Reply is accepted for filing.

Dated: August 6, 2008