IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 07-cv-01741-LTB

TESS PETERSON,

    Plaintiff,

v.

PRINCIPAL FINANCIAL GROUP,
TARGET CORPORATION,
TARGET CORPORATION BENEFITS TRUST II, and
STATE STREET BANK AND TRUST, TRUSTEE FOR THE TARGET CORPORATION
BENEFITS TRUST II,

    Defendants.
_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 63 - filed October 2, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant State Street Bank and Trust (Target Corporation Benefits Trust II) only**, each party to pay their own fees and costs.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED: October 3, 2008